UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT PANTON,** | : | CIVIL ACTION NO. 1:06-CV-0809 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **B.O.P. et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of May, 2006, upon consideration of plaintiff's applications to proceed *in forma pauperis* (Docs. 6, 7), it is hereby ORDERED that:

1. The applications to proceed *in forma pauperis* (Docs. 6, 7) are construed as motions to proceed without full prepayment of fees and costs and are GRANTED.

2. The United States Marshal is directed to serve plaintiff's complaint (Doc. 1) and the exhibits (Doc. 2) on the defendants named therein.


    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge