IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT PANTON,** | : | CIVIL ACTION NO. 1:06-CV-0809 |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **B.O.P. et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of September, 2006, upon consideration of plaintiff's motion to amend (Doc. 25), it is hereby ORDERED that:

1. The motion (Doc. 25) to amend is GRANTED.

    a. The Clerk of Court is directed to send to plaintiff *via* first class mail a copy of the form to be used by a prisoner in filing a civil rights complaint.

    b. Plaintiff shall utilize the form complaint and file on or before October 6, 2006, a second amended complaint in accordance with the Federal Rules of Civil Procedure. See FED. R. CIV. P. 8, 20.

    c. The second amended complaint shall carry the same civil docket number presently assigned to this matter.

    d. The second amended complaint shall be a short, plain, and concise statement of the claim and, shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint or amended complaint already filed. Fed.R.Civ.P. 8(e)(1).

2. Defendants shall file an answer to the second amended complaint or appropriate pre-trial motion within twenty days of the filing of the second amended complaint.

3. Failure to file a second amended complaint within the specified time period will result in the matter proceeding on the amended complaint. (Doc. 22).

4. In the event that plaintiff fails to file a second amended complaint, defendants shall file an answer or other appropriate pretrial motion on or before October 16, 2006.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge